# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



SNAP ON CREDIT, INC.

    VS.

ANGEL M. COLOM, ET AL

CIVIL NO. 98-2200 (JAF)

RECEIVED & FILED
00 APR -3 AM 11:09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

---

## DESCRIPTION OF MOTION

**DATE FILED:** 11/19/99   **DOCKET #:** 9   **TITLE:** MOTION by Snap-On Credit, Inc. |for Sanctions|

[x] Plaintiff(s)
[ ] Defendant(s)

---

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

**OTHER:** *Granted as requested*

---

3/30/00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

(13)