# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



SNAP ON CREDIT, INC.

    VS.

ANGEL M. COLOM, ET AL

CIVIL NO. 98-2200 (JAF)

RECEIVED & FILED
00 APR -3 AM 11:09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

---

## DESCRIPTION OF MOTION

| | | |
|---|---|---|
| DATE FILED: 12/30/99 [x] Plaintiff(s) [ ] Defendant(s) | DOCKET #: 10 | TITLE: NOTICE of Voluntary Dismissal without prejudice against codeft Milagros Nereida Lopez, by plff. |

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

**OTHER:** _Granted as requested_

---

DATE: 3/28/00

JOSE A. FUSTE
U.S. DISTRICT JUDGE

(14)