## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



SNAP ON CREDIT, INC.

    VS.

ANGEL M. COLOM, ET AL

CIVIL NO. 98-2200 (JAF)

### DESCRIPTION OF MOTION

| DATE FILED: 02/07/00 | DOCKET #: 11 | TITLE: MOTION by Snap-On Credit, Inc. \|for Default Judgment for failure to appear at a deposition against Angel J. Colom\| |
|---|---|---|
| [x] Plaintiff(s) | | |
| [ ] Defendant(s) | | |

### O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: Granted & Judgment to enter in favor of plaintiff and against Mr. Colom in the amount of 156,899.45 with costs, legal interest and $10,000 in attorney's fees

_____     _____
3/28/00                    JOSE A. FUSTE
DATE                       U.S. DISTRICT JUDGE

