## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO





SNAP ON CREDIT, INC.

    VS.

ANGEL M. COLOM, ET AL

CIVIL NO. 98-2200 (JAF)

---

| DESCRIPTION OF MOTION |
|---|
| DATE FILED: 03/06/00  DOCKET #: 12  TITLE: MOTION by Snap-On Credit, Inc. \|to Cancel PTC\|  [x] Plaintiff(s)  [ ] Defendant(s) |

### O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: _Granted_

_3/30/00_
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE