IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SNAP ON CREDIT, INC.

Plaintiff(s),

VS.

ANGEL M. COLOM, ET. AL.

Defendant(s).

Civil No. 98-2200 (JAF)

## JUDGMENT

Pursuant to Court's Order, Judgment is now entered dismissing without prejudice the complaint against co-defendant Milagros Nereida López.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 31st day of March, 2000.

JOSE A. FUSTE
U.S. DISTRICT JUDGE

By: _____
REBECCA AGOSTINI-VIANA
DEPUTY CLERK