## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

SNAP ON CREDIT, INC.

Plaintiff (s),

VS.                                        Civil No. 98-2200 (JAF)

ANGEL M. COLOM, ET. AL.

Defendant(s).

============================

# JUDGMENT

Pursuant to Court's Order, Judgment is now entered in favor of plaintiff and against Angel M. Colom in the amount of $156,899.45, with costs, legal interest, and $10,000.00 in attorneys fees.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 31st day of March, 2000.


JOSE A. FUSTE
U.S. DISTRICT JUDGE


By: _____
        REBECCA AGOSTINI VIANA
        DEPUTY CLERK



